# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Airport Equipment Rentals | ) | ASBCA No. 61842 |
| | ) | |
| Under Contract No. M67861-18-P-0028 | ) | |

APPEARANCE FOR THE APPELLANT:     Mr. Scott Strand
                                  General Manager

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                   Navy Chief Trial Attorney
                                   Anderson Thomas, Esq.
                                   Deputy Counsel
                                   Marine Forces Reserve
                                   New Orleans, LA

## OPINION BY ADMINISTRATIVE JUDGE MCILMAIL

Appellant elected to proceed under the Board's Small Claims (Expedited) procedures, Board Rule 12.2. The Contract Disputes Act, 41 U.S.C. § 7106(b)(4)(5), as implemented by Board Rule 12.2, provides that this decision shall have no precedential value, and in the absence of fraud shall be final and conclusive and may not be appealed or set aside.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $36,238. This amount is inclusive of interest. No further interest shall be paid.

Dated: February 11, 2019

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61842, Appeal of Airport Equipment Rentals, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals